## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tucker White, | ) |
| | ) |
|     Plaintiff, | )   **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| Petro-Hunt Dakota, LLC, Petro-Hunt, LLC, and Halliburton Energy Services, Inc., | )   Case No. 1:19-cv-073 |
| | ) |
|     Defendants. | ) |

The court convened a status conference in the above-captioned action by telephone on October 31, 2019. During the conference the court was advised by counsel that the named defendants may not be proper parties and that plaintiff was endeavoring to locate and serve who he believed may be proper party. Almost one year has since past. Consequently, the court shall require plaintiff to submit by November 23, 2020, a report that updates the court on the status of his efforts to locate and serve who he believes is the proper party and to otherwise suggest how the court should proceed.

**IT IS SO ORDERED.**

Dated this 23rd day of October, 2020.

                                                      */s/ Clare R. Hochhalter*
                                                      Clare R. Hochhalter, Magistrate Judge
                                                      United States District Court